JOHN W. COTTRELL, Respondent, v. ARTHUR STARKE, Appellant.— Order of the City Court of New Rochelle denying motion to open default reversed on the law and the facts, without costs, and motion to set aside judgment granted, upon condition that defendant, appellant, within five days shall pay to the plaintiff, respondent, the sum of thirty dollars costs and disbursements of this appeal, the judgment meanwhile to stand as security; otherwise, order affirmed. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

DANIEL F. FULTON, Appellant, v. NATIONAL ANILINE & CHEMICAL COMPANY, INC., Respondent.— Order changing place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

HARMON-ON-HUDSON COMPANY, INC., Appellant, v. GEORGE T. MOTO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

RAYMOND D. LITTLE, as Administrator, etc., of EUGENE D. LITTLE, Deceased, Respondent, v. JOHN E. COWDIN, Appellant, Impleaded with Another, Defendant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, Respondent, v. RICHARD L. EDWARDS, JR., and Another, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.